Matthew Gunter, Esq.
Arthur Petrousian, Esq.
**MORGAN & MORGAN, P.A.**
20 N. Orange Avenue, Suite 1600
Orlando, FL 32801
Phone: (407) 236-0946
Fax: (407) 867-4791
Email: mgunter@forthepeople.com
Email: apetrousian@forthepeople.com

Thomas L. Dickens, III, Esq.
Law Office of Marie A. Mattox, P.A.
203 N. Gadsden St.
Tallahassee, FL 32301
Phone: (850) 383-4800
Email: Thomas.dickens@mattoxlaw.com

*Attorneys for Plaintiff, BRIAN MATTISON*

Christopher Cannon, Esq., State Bar No. 107200
Marissa A. Warren, Esq., State Bar No. 249583
Merna R. Abdelmalak, Esq., State Bar No. 324349
**LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES**
2677 North Main Street, Suite 901
Santa Ana, California 92705-6632
Telephone (714) 558-7008 • Facsimile (714) 972-0379
Email: ccannon@ljdfa.com
Email: mwarren@ljdfa.com
Email: mabdelmalak@ljdfa.com

*Attorneys for Defendant, LOMA LINDA UNIVERSITY SHARED SERVICES*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MATTISON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LOMA LINDA UNIVERSITY SHARED SERVICES<br><br>　　　　　Defendant. | CASE NO.: 5:20-cv-02334-JGB-SHK<br><br>District Judge Jesus G. Bernal<br>Magistrate Judge Shashi H. Kewalramani<br><br>**ORDER FOR DISMISSAL**<br><br>Complaint served: December 16, 2020<br><br>TRIAL DATE: Vacated |

///

///

Plaintiff, Brian Mattison ("Plaintiff") and Defendant, Loma Linda University Shared Services ("Defendant") (collectively, the "Parties"), hereby stipulate and agree to dismiss the case, with prejudice.

The Court, having considered the parties' Stipulation for Dismissal, is of the opinion that their request should be GRANTED and it is hereby ORDERED that Plaintiff, Brian Mattison's Complaint against Defendant, Loma Linda University Shared Services, is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: May 17, 2024

_____
Hon. Jesus G. Bernal
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA      } ss.
COUNTY OF ORANGE

    I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES, 2677 North Main Street, Suite 901, Santa Ana, California 92705-6632.

    On May 9, 2024, I served the foregoing document described as **ORDER FOR DISMISSAL** to be electronically filed with the United States District Court, Central District of California – Eastern Division by using the CM/ECF system.

    I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Matthew Gunter, Esq.
Arthur Petrousian, Esq.
**MORGAN & MORGAN, P.A.**
20 N. Orange Avenue, Suite 1600
Orlando, FL 32801
Phone: (407) 236-0946
Fax: (407) 867-4791
Email: mgunter@forthepeople.com
Email: apetrousian@forthepeople.com

Thomas L. Dickens, III, Esq.
**Law Office of Marie A. Mattox, P.A.**
203 N. Gadsden St.
Tallahassee, FL 32301
Phone: (850) 383-4800
Email: Thomas.dickens@mattoxlaw.com

***Attorneys for Plaintiff, BRIAN MATTISON***

    I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

    Executed on May 9, 2024, at Santa Ana, California.

                            */s/ Jenna Koval*
                            JENNA KOVAL